UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DODGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZEMPLEO, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-01092-PJH<br><br>**ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 80 |

Having reviewed the parties' motion, the court hereby orders the case management conference continued to March 17, 2022.

**IT IS SO ORDERED.**

Dated: February 4, 2022

　　　　　　　　　　　　　　　　*/s/ Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　United States District Judge