1  Heather M. Sager, Bar No. 186566
   HSager@perkinscoie.com
2  Matthew L. Goldberg, Bar No. 267295
   MGoldberg@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, CA  94105-3204
   Telephone: 415.344.7000
5  Facsimile:  415.344.7050

6  Attorneys for Defendant
   ZEMPLEO, INC.
7
   Matthew S. Parmet, Bar No. 296742
8  matt@parmet.law
   PARMET PC
9  340 S. Lemon Ave., #1228
   Walnut, CA  91789
10
   Carl A. Fitz,* Texas Bar No. 24105863
11 *Admitted *pro hac vice*
   cfitz@mybackwages.com
12 JOSEPHSON DUNLAP LLP
   11 Greenway Plaza, Ste. 3050
13 Houston, TX 77046

14 Attorneys for Plaintiff
   DANIEL DODGE
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 | DANIEL DODGE, individually and on behalf of all others similarly situated, | Case No. 4:20-cv-1092-PJH |
20 | | |
   | | STIPULATION TO DISMISS ACTION AND SUBMIT TO ARBITRATION |
21 | Plaintiff, | |
   | | |
22 | v. | |
   | | |
23 | ZEMPLEO, INC., | |
   | | Honorable Phyllis J. Hamilton |
24 | Defendant. | |

Plaintiff Daniel Dodge (Dodge), individually and on behalf of himself and those similarly situated, and Defendant Zempleo, Inc. (Zempleo) (together, the Parties) hereby submit this Joint Stipulation to Dismiss Action and Submit to Arbitration.

### STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

1. Plaintiffs and Defendant stipulate to pursue this Action in arbitration and request that the Court dismiss this Action pursuant to this stipulation signed by all parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (a "plaintiff may dismiss an action without court order by filing … a stipulation of dismissal signed by all parties who have appeared").

2. The Parties agree that Plaintiffs' claims shall be submitted to arbitration. The Parties respectfully request that this Action be dismissed in its entirety, to be pursued in arbitration. Neither party seeks an award of fees or costs from this Court.

3. The Parties therefore respectfully request that this Action be dismissed in its entirety, without prejudice, to be submitted to arbitration.

DATED:  March 11, 2022

**PERKINS COIE LLP**

By: /s/ *Heather M. Sager*\*
    \*Signed with permission
    Heather M. Sager
    Matthew L. Goldberg

Attorneys for Defendant
ZEMPLEO, INC.

DATED:  March 11, 2022

**JOSEPHSON DUNLAP LLP**

By: /s/ *Carl A. Fitz*
    Carl A. Fitz
    Matthew S. Parmet

Attorneys for Plaintiff
DANIEL DODGE

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Carl Fitz, am the ECF user whose identification and password are being utilized to file this STIPULATION TO DISMISS ACTION AND SUBMIT TO ARBITRATION. I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

DATED March 11, 2022

By: /s/ *Carl A. Fitz*
Carl A. Fitz