1  Heather M. Sager, Bar No. 186566
   HSager@perkinscoie.com
2  Matthew L. Goldberg, Bar No. 267295
   MGoldberg@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, CA 94105-3204
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  Attorneys for Defendant
   ZEMPLEO, INC.
7
   Matthew S. Parmet, Bar No. 296742
8  matt@parmet.law
   PARMET PC
9  340 S. Lemon Ave., #1228
   Walnut, CA 91789
10
   Carl A. Fitz,* Texas Bar No. 24105863
11 *Admitted *pro hac vice*
   cfitz@mybackwages.com
12 JOSEPHSON DUNLAP LLP
   11 Greenway Plaza, Ste. 3050
13 Houston, TX 77046

14 Attorneys for Plaintiff
   DANIEL DODGE
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 | DANIEL DODGE, individually and on behalf of all others similarly situated, | Case No. 4:20-cv-1092-PJH |
   |---|---|
   | Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION AND SUBMIT TO ARBITRATION |
   | v. | |
   | ZEMPLEO, INC., | |
   | Defendant. | Honorable Phyllis J. Hamilton |

**[PROPOSED]** ORDER

Pursuant to the Parties' Joint Stipulation and Fed. R. Civ. P. 41(a)(1), this Action is dismissed without prejudice to be pursued in arbitration.

IT IS SO ORDERED:

DATED: March 11, 2022

_____
HON. PHYLLIS J. HAMILTON
United States District Judge